**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICARDO LOPEZ, | ) NO. SACV 09-00066-PA (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| LARRY SMALL, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: December 28, 2011.

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE